B1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**VOLUNTARY PETITION**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Midwest Oil of Minnesota, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>39-1785920 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>902 North Market Street, Suite 704<br>Wilmington, DE<br>ZIP CODE 19801 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New Castle | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>902 North Market Street, Suite 704<br>Wilmington, DE<br>ZIP CODE 19801 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>236 Grand Avenue St. Paul, MN ZIP CODE 55102 | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

*[FILED 2010 SEP -1 PM 3:0- US BANKRUPTCY CLERK DISTRICT OF D-]*

**Estimated Number of Creditors**
| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| Voluntary Petition  *(This page must be completed and filed in every case.)* | Name of Debtor(s): Midwest Oil of Minnesota, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: Delaware | Case Number: 09-10878 | Date Filed: 03/16/2009 |
|---|---|---|
| Location Where Filed: Minnesota | Case Number: 10-35450 | Date Filed: 07/26/2010 |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: Midwest Properties of Shawano, LLC | Case Number: 10-12481 | Date Filed: 07/13/2010 |
|---|---|---|
| District: District of Delaware | Relationship: affiliate | Judge: Gross |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
  Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Midwest Oil of Minnesota, LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br>     Signature of Debtor <br><br> X _____ <br>     Signature of Joint Debtor <br><br> _____ <br> Telephone Number (if not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br>     (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney*** <br><br> X */s/ Bruce E. Scott* <br> Signature of Attorney for Debtor(s) <br> **Bruce E. Scott** <br> Printed Name of Attorney for Debtor(s) <br> **Bruce E. Scott Law Firm** <br> Firm Name <br> 204 E. Main Street <br> New Prague, MN 56071 <br> Address <br> **(952) 758-4761** <br> Telephone Number <br> **09/01/2010** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X */s/ Naomi Isaacson* <br> Signature of Authorized Individual <br> **Naomi Isaacson** <br> Printed Name of Authorized Individual <br> **Managing Member** <br> Title of Authorized Individual <br> **09/01/2010** <br> Date | |

# CERTIFICATE OF RESOLUTION BY THE MANAGERS
# OF MIDWEST OIL OF MINNESOTA, LLC.

At a Special Meeting of the managers of Midwest Oil of Minnesota, LLC., a Delaware limited liability company, the same do hereby certify that on August 23, 2010, the following resolutions were duly adopted and approved and recorded in the minute book of the Company, and they have not been modified or rescinded and are still in full force and effect on the date hereof.

RESOLVED that the duly elected and appointed officers of the Company are hereby authorized and empowered individually, on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as said authorized officer may execute the same or shall otherwise determine it is in the best interest of the Company; and

RESOLVED, that any officer of the Company is hereby authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that any of the officers may deem necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of the case; and

RESOLVED, that any officer of the Company is hereby authorized and empowered on behalf of, and in the name of, the Company to execute a plan of reorganization under Chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed with the Bankruptcy Court at such time as said authorized officer executing the same shall determine; and

RESOLVED, that local bankruptcy counsel in Delaware will be employed as reorganization counsel for the Company within 30 days from filing the Petition upon such terms and conditions as the officers shall approve, to render legal services to, and to represent the Company in connection with the Chapter 11 case, subject to Bankruptcy Court approval; and

RESOLVED that any officer of the Company is hereby authorized and empowered on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, appraisers, broker, financial advisers and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper or desirable; and

RESOLVED, that in connection with the commencement of the Chapter 11 case by the Company, any officer of the Company is hereby authorized and empowered on behalf of, and in the name of, the Company, to negotiate, execute and deliver a debtor-in-possession loan facility and/or agreements for the use of cash collateral (including in connection therewith, such notes, security agreements and other agreements or instruments as such officers consider appropriate) on such terms and conditions as such officer executing the

same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; such other business issues that may arise.

IN WITNESS WHEREOF, I have hereunto set my hand this 23rd day of August, 2010.

_____
Secretary
Midwest Oil of Minnesota, LLC.

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE:  **Midwest Oil of Minnesota, LLC**                             Case No.

                                                                                              Chapter      11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of the creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Lockridge Grindal Nauen<br>Suite 220<br>100 Washington Ave South<br>Minneapolis, MN 55401 | | Attorney Fees | Disputed | $73,506.50 |
| Associated Bank, N.A.<br>222 Bush Street<br>Red Wing, MN 55066 | | Purchased Money | Disputed | $45,675.00 |
| First Lease<br>1300 Virginia Drive, Suite 450<br>Fort Washington, PA 19034 | | Equipment Lease | Disputed | $41,121.63 |
| Connexus Energy<br>14601 Ramsey Boulevard<br>Ramsey, MN 55901 | | Services | Disputed | $25,248.62 |
| Henry's Foods<br>104 McKay Ave N<br>Alexandria, MN 56308 | | Purchase Money | Disputed | $25,248.62 |
| Minnesota Petroleum Service<br>682 – 39th Ave NE<br>Columbia Heights, MN 55421 | | Services | Disputed | $15,031.33 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE: Midwest Oil of Minnesota, LLC         Case No.

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
Continuation Sheet No. 1

| (1) Name of the creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Xcel Energy<br>414 Nicollet Mall<br>Minneapolis, MN 55401 | | Services | Disputed | $6,000.00 |
| Menard, Inc.<br>4777 Menard Drive<br>Eau, Claire, MN 54703 | | Attorney Fees | Disputed | $5,712.50 |
| Segal Wholesale<br>7848 12 Avenue South<br>Bloomington, MN 55425 | | Purchase Money | Disputed | $5,068.36 |
| Nolan, MacGregor, Thompson & Leighton<br>710 Lawson Commons<br>380 St. Peter Street<br>St. Paul, MN 55102 | | Attorney Fees | Disputed | $5,000.00 |
| Leonard, Street & Dienard<br>Suite 2300<br>150 South Fifth Street<br>Minneapolis, MN 55402 | | Attorney Fees | Disputed | $4,271.25 |
| Wayne Transports, Inc.<br>14345 Conley Avenue<br>Rosemount, MN 55068 | | Services | Disputed | $3,787.97 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE: Midwest Oil of Minnesota, LLC

Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
Continuation Sheet No. 2

| (1) Name of the creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Godfrey & Kahn<br>780 North Water Street<br>Milwaukee, WI 53202 | | Attorney Fees | Disputed | $3,453.80 |
| Meyer & Njus<br>100 US Bank Plaza<br>200 South Sixth St<br>Minneapolis, MN 55402 | | Attorney Fees | Disputed | $3,396.76 |
| Hanson, Lulic & Krall, LLC<br>700 Northstar East<br>608 Second Ave South<br>Minneapolis, MN 55402 | | Attorney Fees | Disputed | $3,064.45 |
| Pepsi Cola Bottling Co./Rochester<br>1900 West Avenue South<br>LaCrosse, WI 54601 | | Purchase Money | Disputed | $2,800.56 |
| 3G Enterprises<br>220-77th Avenue NE<br>Fridley, MN 55432 | | Purchase Money | Disputed | $1,993.90 |
| City of Anoka<br>City Hall<br>2015 First Avenue North<br>Anoka, MN 55303 | | Services | Disputed | $1,851.64 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: **Midwest Oil of Minnesota, LLC**  Case No.

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
Continuation Sheet No. 3

| (1) Name of the creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Nu Star, Inc.<br>1425 Stagecoach Road<br>Shakopee, MN 55379 | | Purchase Money | Disputed | $1,647.46 |
| Entrepreneurs & Free Markets<br>Brendan Tupa<br>701 Fourth St. Ste 500<br>Minneapolis, MN 55415 | | Attorney Fees | Disputed | $1,617.99 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

IN RE: **Midwest Oil of Minnesota, LLC**    Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
Continuation Sheet No. 4

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the **Limited Liability Company** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **09/01/2010**    Signature: *Naomi Isaacson*
**MANAGING MEMBER**

3G Enterprises
220-77th Avenue NE
Fridley, MN 55432

American Bank of St Paul
1578 University Avenue West
St Paul, MN 55104

Associated Bank, N.A.
222 Bush Street
Red Wing, MN 55066

B & H Petroleum
19932 Hwy 22
Mankato, MN 56001

Center Point Energy
800 LaSalle Avenue
PO Box 59038
Minneapolis, MN 55459

City of Anoka
City Hall
2015 First Avenue North
Anoka, MN 55303

City of Oakdale
1584 Hadley Avenue North
St Paul, MN 55128

Connexus Energy
14601 Ramsey Blvd
Ramsey, MN 55901

D & R Vending/Coffee Service
2207 7th St NW
Rochester, MN 55901

Electronic Transaction Supplies, Inc.
1858 Rochelle Avenue
Capitol Heights, MD 20743

Entrepreneurs & Free Markets
Brendan Tupa
701 Fourth St Ste 500
Minneapolis, MN 55415

First Lease
1300 Virginia Drive, Suite 450
Fort Washington, PA 19034

First Lease
PO Box 57309
Philadelphia, PA 19111

Freeborn County
411 South Broadway
Albert Lea, MN 56007

Godfrey & Kahn
780 North Water Street
Milwaukee, WI 53202

Hanson, Lulic & Krall, LLC
700 Northstar East
608 Second Ave South
Minneapolis, MN 55402

Henry's Foods
104 McKay Ave N
Alexandria, MN 56308

JP Morgan Chase Bank, N.A.
Collateral Agent for TigerPeg Capital Co
PO Box 4893
Houston, TX 77232

Jim & Dude's Plumbing & Heating, Inc.
724 West Clark St
Albert Lea, MN 56007

Leonard, Street & Dienard
Suite 2300
150 South Fifth Street
Minneapolis, MN 55402

Lockridge Grindal Nauen
Suite 2200
100 Washington Ave South
Minneapolis, MN 55401

Menard, Inc.
4777 Menard Drive
Eau Claire, MN 54703

Meyer & Njus
100 US Bank Plaza
200 South Sixth St
Minneapolis, MN 55402

Midwest Oil of Anoka
PO Box 10568
Green Bay, WI 54307

Midwest Oil of Shawano, LLC
1206 E Green Bay St
Shawano, WI 54166

Minnesota Petroleum Service
682 – 39th Ave NE
Columbia Heights, MN 55421

Naomi Isaacson
328 4th Street SE
Minneapolis, MN 55414

Nolan, MacGregor, Thompson & Leighton
710 Lawson Commons
380 St. Peter St
St Paul, MN 55102

Nu Star, Inc.
1425 Stagecoach Rd
Shakopee, MN 55379

Omni Environmental, Inc.
1014 Bel Air Lane NW
Rochester, MN 55901

Pepsi Cola Bottling Co./Rochester
1900 West Ave South
LaCrosse, WI 54601

Peter Nett
367 Smith Ave N #1
St Paul, MN 55102

Ramsey County
90 West Plato Blvd
PO Box 64097
St Paul, MN 55164

Randall Yungerberg
365 Smith Ave N #2
St Paul, MN 55102

Rebekah M Nett
367 Smith Ave N
St Paul, MN 55102

S.I.S.T.
902 N Market St, Suite # 704
Wilmington, DE 19801

Smith Engineering, Inc.
125 Columbia Court, Suite # 1
Chaska, MN 55318

Thelma J. Brown
4308 Arthur St NE
Minneapolis, MN 55421

Tiger Peg Capital Corp.
707 Travis St, 3rd Floor
Houston, TX 77002

Vermillion State Bank
107 E Main St
Vermillion, MN 55085

W. Brown Land Surveying
8030 Cedar Ave South
Suite 228
Bloomington, MN 55425

Washington County
14949 62nd North
PO Box 200
Stillwater, MN 55082

Wayne Transports, Inc.
14345 Conley Avenue
Rosemount, MN 55068

William A. Egan d/b/a Egan Oil
500 Bunker Lake Blvd NW
Anoka, MN 55303

William Dunnigan
266 Mackubin St
St Paul, MN 55102

Xcel Energy
414 Nicollet Mall
Minneapolis, MN 55401

Bruce E. Scott
204 E Main St
PO Box 46
New Prague, MN 56071